RECEIVED
APR 1 1 2011
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:10 CR 230 RWS ) |
| RUSSELL GENDRON | ) ) |
| Defendant. | ) ) |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the indictment against the defendant.

RICHARD G. CALLAHAN
United States Attorney

_____
REGINALD L. HARRIS, #48939
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

Dated: This ____ day of April, 2011.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was mailed this 11th day of April, 2011, to:

Diane Dragan
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101

_____
ASSISTANT UNITED STATES ATTORNEY